IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| DANA B. FERGUSON, | ) | Civil Action No. 3:15-cv-00486-GCM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **AMENDMENT TO THE** |
| DAIMLER TRUCKS NORTH AMERICA | ) | **PRETRIAL ORDER AND CASE** |
| LLC, a/k/a freightliner LLC, | ) | **MANAGEMENT PLAN** |
| Defendant. | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the parties respectfully submit the following paragraphs as amendments to the Pretrial Order and Case Management Plan for this case.

## V. ADR

The method of ADR to be utilized is mediation, which will be conducted **on or before January 31, 2017**.

IT IS SO ORDERED.

Signed: December 19, 2016

Graham C. Mullen
United States District Judge